No. 286. NAREHOOD ET AL. *v.* PEARSON ET AL., COUNTY COMMISSIONERS OF CLEARFIELD COUNTY. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.

*William D. Donnelly* for petitioners. *Frank G. Smith* and *Robert V. Maine* for respondents.